**Violet GOODWIN, Appellant,**

v.

**OMAHA HOUSING AUTHORITY;
Reggie Johnson; Andrias Belle;
Bess Ebo, Appellees.**

No. 10–2407.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 6, 2011.

Filed: Jan. 11, 2011.

Violet Goodwin, Omaha, NE, pro se.

George B. Achola, Natalie Marie Blanke, Omaha Housing Authority, Omaha, NE, for Appellees.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Violet Goodwin appeals the district court's [1] dismissal without prejudice of her Privacy Act and due process claims, and its adverse grant of summary judgment on her claim under Title VI of the Civil Rights Act of 1964. Upon careful review, we conclude that the district court's rulings were proper for the reasons it stated.

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.